IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| MELISSA HICKSON, INDIVIDUALLY AND AS THE INDEPENDENT ADMINISTRATOR OF THE ESTATE OF MICHAEL HICKSON, DECEASED AND AS NEXT FRIEND OF M.H., M.H. AND M.H. (ALL MINORS); and MARQUES HICKSON, §§§§§§§§§§ | |
| Plaintiffs, § | |
| v. § | CIVIL ACTION NO. A-21-CV-00514-ADA |
| § | |
| ST. DAVID'S HEALTHCARE PARTNERSHIP, L.P., LLP, HOSPITAL INTERNISTS OF TEXAS, CARLYE MABRY CANTU, AND VIET VO, §§§§§ | |
| Defendants. § | |

**PLAINTIFFS' NOTICE OF APPEAL**

Plaintiffs Melissa Hickson, individually and as the independent administrator of the estate of Michael Hickson, Deceased, and as next friend of M.H., M.H., and M.H. (all minors); and Marques Hickson, hereby submit their Notice of Appeal to the United States Court of Appeals for the Fifth Circuit from the October 23, 2024, Order by the United States District Court for the Western District of Texas granting Defendants' Joint Motion for Summary Judgment (Dkt. No. 82), as well as its September 6, 2022, Order on Report and Recommendations (Dkt. No. 47), and its October 5, 2022 Order Granting Motion to Dismiss (Dkt. No. 49).

DATED: November 22, 2024                    Respectfully Submitted,

                                                      /s/ Kelley Brooks Simoneaux
                                        Kelley Brooks Simoneaux
                                        The Spinal Cord Injury Law Firm, PLLC
                                        DC Bar No. 187844
                                        1629 K Street, NW
                                        Suite 300
                                        Washington, DC 20006
                                        Kelley@spinalcordinjurylawyers.com
                                        Counsel for Plaintiff *admitted pro hac vice*

                                        Mark Whitburn
                                        Texas Bar Number: 24042144
                                        Sean Pevsner
                                        Texas Bar Number: 24079130
                                        Whitburn & Pevsner, PLLC
                                        2000 E. Lamar Boulevard, Suite 600
                                        Arlington, Texas 76006
                                        Telephone: (817) 653-4547
                                        Fax: (817) 653-4477
                                        mwhitburn@whitburnpevsner.com
                                        spevsner@whitburnpevsner.com
                                        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document was served on all counsel of record on November 22, 2024, via the electronic filing service.

                                                       /s/ Mark Whitburn