# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

August 08, 2025

Mr. Ryan C. Bueche
Germer, Beaman & Brown, P.L.L.C.
1501 S. Mopac Expressway
1 Barton Skyway
Suite 1700
Austin, TX 78746

Ms. Claudia Center
Disability Rights Education & Defense Fund
3075 Adeline Street
Suite 210
Berkeley, CA 94703

Mr. Ernest Galvan
Rosen Bien Galvan & Grunfeld, L.L.P.
101 Mission Street
6th Floor
San Francisco, CA 94105

Ms. Michelle Elaine Robberson
Cooper & Scully, P.C.
900 Jackson Street
Suite 100
Dallas, TX 75202

    No. 24-50956   Hickson v. St. David's
                  USDC No. 1:21-CV-514

Dear Counsel,

You must submit the 6 paper copies of your brief required by 5th Cir. R. 31.1 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1.

You must submit the 4 paper copies of your record excerpts required by 5th Cir. R. 30.1.2 within 5 days of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. **We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edge of the document**

**to facilitate easy identification and review of tabbed documents.** See 5th Cir. R. 30.1.7(c).

**The covers of your documents must be the following colors: Appellant's brief must be blue. Appellee's brief must be red. Appellant's Record excerpts must be white and contain physical tabs that extend beyond the edge of the document. Appellant's reply brief must be gray. Amicus Curiae brief must be green.**

You may refer to Fed. R. App. P. 32 for guidance regarding paper copies of briefs and record excerpts.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Kim M. Pollard, Deputy Clerk
    504-310-7635

cc:
    Ms. Missy Atwood
    Mr. Mark T. Beaman
    Mr. Michael Bien
    Ms. Hannah M. Chartoff
    Mr. Richard Brent Cooper
     Paula K. Hale
    Ms. Terri Sue Harris
    Mr. Payne Campbell Kelnarth
    Mr. Stewart G. Milch
    Mr. Sean Edward Pevsner
    Mr. Kelley Brooks Simoneaux
    Mr. George Robert Sonnier
    Mr. Mark S. Whitburn
    Mr. Matthew Fisher Wymer